

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Steven A. Sutro**<br>Labor and Employment Law Division<br>Phone: (212) 356-2470<br>Fax: (212) 356-2438<br>Email: ssutro@law.nyc.gov |

April 15, 2016

**BY FIRST-CLASS MAIL**
Stewart Lee Karlin
Daniel Edward Dugan
The Law Offices of Stewart Lee Karlin, P.C.
111 John Street, 22nd Floor
New York, NY 10038

        **Re:** Peter Cohn v. The Department of Education of the City of New York, et al.
             Docket No. 15-CV-03938 (FB) (JO)

Dear Mr. Karlin and Mr. Dugan:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent defendants Department of Education of the City of New York and Eric Strauss in the above-referenced action. Please find enclosed defendants' Notice of Motion to Dismiss and Memorandum of Law in Support. A PDF copy was also E-Mailed to both of you on April 14, 2016.

                                        Sincerely,
                                        /s/ *Steven A. Sutro*
                                        Steven A. Sutro
                                        Assistant Corporation Counsel

cc:     Hon. Frederic Block (*by ECF*)
           U.S. District Judge