**Law Offices of**
# STEWART LEE KARLIN, P.C.
**9 Murray Street, Suite 4W**
**New York, New York 10007**
**(212) 792-9670/Office**
**(212) 732-4443/Fax**
cnk@stewartkarlin.com

**MEMBER OF THE BAR**                                                 **Concentrating in Employment, Education**
**NEW YORK & NEW JERSEY**                                                         **and Insurance Law**

May 12, 2016

**Steven A. Sutro, Assistant Corporation Counsel**
Labor & Employment Law Division
New York City Law Department
100 Church Street, Room 2-125
New York, New York 10007

      Re:    Peter Cohn v. The Department of Education of the City of New York, et al.
                15-CV-03938 (FB) (JO)

Dear Sutro,

      In accordance with paragraph 2D of the Court's Individual Motion Practice rules, Plaintiff is enclosing two copies of Plaintiff's memorandum in opposition to Defendants' motion to dismiss.

      Thank you for your attention to this matter.

Very truly yours,

*s\ Stewart Lee Karlin*
Stewart Lee Karlin, Esq.
The Law Offices of Stewart Lee Karlin, PC