UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

PETER COHN,

                                    Plaintiff,    **DEFENDANTS' NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

                -against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF    15 CV 3938 (FB) (JO)
NEW YORK, THE BOARD OF EDUCATION OF THE CITY
SCHOOL OF NEW YORK, ERIC STRAUSS individually, and
JAMES JOHNSON individually,

                                   Defendants.
------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, dated April 14, 2016, and upon all the papers and proceedings previously had herein, defendants Board of Education of the City School District of the City of New York ("DOE") and Eric Strauss ("defendants")[1] will move this Court at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, before the Honorable Frederic Block, United States District Judge, at a time and date to be designated by the Court, for a judgment, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint on the grounds that plaintiff fails to state a plausible claim of retaliation in violation of the First Amendment of the United States Constitution;

        **PLEASE TAKE FURTHER NOTICE** that, pursuant to the parties' briefing schedule dated March 30, 2016, plaintiff's opposition to defendants' motion to dismiss the

---

[1] To date, upon information and belief, defendant James Johnson has not been served with process in this action.

- 2 -

amended complaint must be served on or before May 13, 2016, and defendants' reply papers, if any, must be served and filed on or before May 27, 2016.

Dated:   New York, New York
         April 14, 2016

                **ZACHARY W. CARTER**
                Corporation Counsel of the
                  City of New York
                Attorney for Defendants
                100 Church Street, Room 2-125
                New York, New York 10007
                (212) 356-2470
                ssutro@law.nyc.gov

                By:   /s/
                      Steven A. Sutro
                      Assistant Corporation Counsel

TO:   The Law Offices of Stewart Lee Karlin, P.C. (By first-class mail and E-Mail)
      Attorneys for Plaintiff
      111 John Street, 22nd Floor
      New York, NY 10038
      slk@stewartkarlin.com
      dan@stewartkarlin.com

Docket No. 15 CV 3938 (FB) (JO)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PETER COHN,

                                                        Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, THE BOARD OF EDUCATION OF THE CITY SCHOOL OF NEW YORK, ERIC STRAUSS individually, and JAMES JOHNSON individually

                                                      Defendants.

**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

*ZACHARY W. CARTER*
*Corporation Counsel of the City of New York*
   *Attorney for Defendants*
   *100 Church Street Rm. 2-125*
   *New York, NY  10007*

   *Of Counsel:  Steven A. Sutro*
   *Tel:  (212) 356-2470*
   *Matter No.:  2015-030221*

*Due and timely service is hereby admitted.*

*New York, New York................................................,201*

*..............................................................................., Esq.*

*Attorney for......................................................................*