UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PETER COHN,

                Plaintiff,                NOTICE OF APPEAL

    -against-                           15 CIV 03938 (FB) (JO)

THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK, THE BOARD
OF EDUCATION OF THE CITY SCHOOL
OF NEW YORK, ERIC STRAUSS individually,
and JAMES JOHNSON individually,

                Defendants.
-------------------------------------------------------------X

        **Notice** is hereby given that Plaintiff PETER COHN hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order and Judgment granting defendants' motion to dismiss duly entered in this action on the 25th day of January, 2017.

Dated: New York, New York
        February 20, 2017                    Respectfully submitted,

                                              STEWART LEE KARLIN
                                              LAW GROUP, PC

                                              s/Stewart Lee Karlin
                                              STEWART LEE KARLIN
                                              Attorney for Plaintiff
                                              111 John Street, 22nd Floor
                                              New York, N.Y. 10038
                                              (212) 792-9670